COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Augusta Barge Company v. Doug R. Gay

Appellate case number:    01-13-00092-CV

Trial court case number:  07CV0920

Trial court:              212th District Court of Galveston County

Appellant, Augusta Barge Company, has filed an unopposed Motion for Leave to File Amended Brief on Appeal. A copy of an Amended Brief of Appellant is attached to the motion as Exhibit A.[1]

We grant appellant's motion for leave to file an amended brief. Because the copy of the brief attached as Exhibit A does not include a certificate of compliance, we order appellant to file its amended brief within five days of the date this order and include a certificate of compliance stating the number of words in the document. *See* TEX. R. APP. P. 9.4(i)(2)(B), (3).

It is so ORDERED.

Judge's signature:    <u>Terry Jennings</u>
                  ☑ Acting individually    ☐ Acting for the Court

Date: <u>September 26, 2013</u>

---

[1] Frank J. Dantone has signed the brief attached as Exhibit A and the motion for leave as appellant's counsel. It appears that counsel is a non-Texas-licensed attorney who resides outside of Texas. All attorneys whose signature appears on a document must be admitted to the State Bar of Texas or have received permission from this Court to participate in the case. *See* R. GOVERNING ADMISSION TO TEX. BAR XIX. If counsel wishes to appear in this Court on appellant's behalf, counsel must seek permission to participate in the proceeding in this Court. *See id.*